**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| GIOVONNI MASON,<br><br>*Plaintiff*,<br><br>v.<br><br>VERIZON WIRELESS SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC; and TRANS UNION, LLC<br><br>*Defendants*. | Case No. 3:25-cv-0864<br><br>Hon. James R. Knepp II |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Justice M. Hubbard of the law firm Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114, respectfully enters his appearance in this matter as counsel for Defendant Experian Information Solutions, Inc.

Dated: August 18, 2025

/s/ Justice M. Hubbard

Justice M. Hubbard
Ohio Bar No. 103721
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114.1190
Telephone: +1.216.586.9811
Facsimile: +1.216.579.0212
Jhubbard@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 18, 2025, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, and sent the foregoing sent to the Plaintiff at the following address via USPS First Class Mail:

Giovonni Mason
606 Village Lane
Defiance, OH 43512

*/s/ Justice M. Hubbard*
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*