**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**GIOVONNI MASON,**

Plaintiff,

v.

**VERIZON WIRELESS SERVICES, LLC, et al.,**

Defendants.

CASE NO. 3:25 CV 864

JUDGE JAMES R. KNEPP II

**ORDER**

Plaintiff has settled and dismissed his claims against Defendants Experian Information Solutions and Trans Union, LLC. *See* Docs. 29, 31, 33, 35. This Court previously granted remaining Defendant Verizon Wireless Services, LLC's[1] Motion to Compel Arbitration and stayed Plaintiff's claims against this Defendant pending such arbitration. (Doc. 23).

As such, this case remains STAYED until the conclusion of any arbitration proceedings between Plaintiff and the remaining Defendant and is marked administratively CLOSED on the Court's docket. The Court shall retain jurisdiction solely for the purpose of confirming, vacating, or correcting any arbitration award upon motion by either Plaintiff or Defendant at the conclusion of any arbitration proceeding.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: March 20, 2026

1. In this prior Motion, Defendant represented it was incorrectly identified as "Verizon Wireless Services, LLC", but would properly be named as "Cellco Partnership (d/b/a Verizon Wireless)". (Doc. 16, at 1).